IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                          PLAINTIFF

VS.                                          CASE NO. 07-CV-1025

CHEMTURA CORPORATION
D/B/A GREAT LAKES CHEMICAL CORP.                                         DEFENDANT

## ORDER

Before the Court is a Motion to Intervene filed on behalf of Cecil Nicholas Delphin and Robert Bennett.  Petitioners seek to intervene in this case pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure and 42 U.S.C. § 2000e-5(f)(1).  No response has been filed to the motion.  Upon consideration, the Court finds that the Motion to Intervene should be and hereby is **granted.**  Intervenors, Cecil Nicholas Delphin and Robert Bennett, are hereby ordered to file their Complaint in Intervention within five (5) days of the entry of this order.

IT IS SO ORDERED, this 8th day of June, 2007.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge