IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.                                                                           PLAINTIFFS

ROBERT BENNETT, et al.                                                     INTERVENOR PLAINTIFFS

VS.                               CASE NO. 07-CV-1025

CHEMTURA CORPORATION
D/B/A GREAT LAKES CHEMICAL CORP., et al.                                   DEFENDANTS

and

R.L. JOHNSON & SON, INC. d/b/a
JOHNSON EMPLOYER SUPPORT
SERVICES                                                                       INTERVENOR DEFENDANT

## ORDER

      Before the Court is the Joint Stipulation of Dismissal of the remaining claims of Intervenor Plaintiffs Cecil Nicholas Delphin, Murphy Chambliss, Victor Moody, and Robert Bennett (collectively referred to as "Intervenor Plaintiffs") against Intervenor Defendant R.L. Johnson & Son, Inc. d/b/a Johnson Employer Support Services ("Johnson"). (Doc. 47). After considering the Stipulation, the Court finds that the Agreed Stipulation of Dismissal should be **GRANTED**. Thus, the Court hereby dismisses with prejudice the causes of action found in Counts 1 and 2 of the complaints filed by the Intervenor Plaintiffs against Johnson for violation of Title VII of the Civil Rights Act and violation of 42 U.S.C. § 1981. Because all claims against Intervenor Defendant R.L. Johnson & Son, Inc. d/b/a Johnson Employer Support Services have been dismissed, the **Intervenor Defendant is dismissed from this case**.

      IT IS SO ORDERED, this 8th day of January, 2009.

                                                                     /s/Harry F. Barnes
                                                                     Hon. Harry F. Barnes
                                                                     United States District Judge