IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.                                                                    PLAINTIFFS

ROBERT BENNETT, et al.                                              INTERVENOR PLAINTIFFS

VS.                                    CASE NO. 07-CV-1025

CHEMTURA CORPORATION
D/B/A GREAT LAKES CHEMICAL CORP., et al.                             DEFENDANTS

and

R.L. JOHNSON & SON, INC. d/b/a
JOHNSON EMPLOYER SUPPORT
SERVICES                                                           INTERVENOR DEFENDANTS

## ORDER

Before the Court is the Agreed Stipulation of Dismissal of the claims of Intervenors Cecil Nicholas Delphin, Murphy Chambliss, Victor Moody, and Robert Bennett for violations of the Fair Labor Standards Act filed on behalf of all parties. (Doc. 46). After considering the Stipulation, the Court finds that the Agreed Stipulation of Dismissal should be **GRANTED**. Thus, the Court hereby dismisses with prejudice the causes of action for violation of the Fair Labor Standards Act contained in Count IV of the Complaint in Intervention on Behalf of Cecil Nicholas Delphin and Robert Bennett (Doc. 7) and Count IV of the Complaint in Intervention on Behalf of Murphy Chambliss and Victor Moody (Doc. 18).

IT IS SO ORDERED, this 8th day of January, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge