IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                                                                          PLAINTIFF

ROBERT BENNETT, et al                                                   INTERVENOR PLAINTIFFS

VS.                                       CASE NO. 07-CV-1025

CHEMTURA CORPORATION d/b/a
GREAT LAKES CHEMICAL
CORPORATION, et al                                                                           DEFENDANT

## ORDER

It appears that proceedings in the above matter have been stayed pending the disposition of bankruptcy proceedings. **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED,** this 25th day of March, 2009.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge