IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                                                                                            PLAINTIFF

ROBERT BENNETT, et al                                                                            INTERVENOR PLAINTIFFS

VS.                                            CASE NO. 07-CV-1025

CHEMTURA CORPORATION d/b/a
GREAT LAKES CHEMICAL
CORPORATION, et al                                                                                              DEFENDANT

## ORDER

Before the Court is Defendant Chemtura Corporation d/b/a Great Lakes Chemical Corporation's Motion for Summary Judgment. (Doc. 53). Plaintiff Equal Employment Opportunity Commission responded. (Doc. 63). Defendant replied. (Doc. 73). For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (Doc. 53) should be and hereby is **GRANTED**. Plaintiff's claims are **dismissed without prejudice**.

**IT IS SO ORDERED,** this 6th day of July, 2009.

        /s/ Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge